| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| CHAZZ ARRIAGA,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendants. | Case No. 17-cv-04809-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 9, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 31, 2018.

DESIGNATION OF PLTF. EXPERTS: 9/3/18; DESIGNATION OF DEFT. EXPERTS: 9/24/18; REBUTTAL: 10/5/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 31, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 9, 2018;
    Opp. Due: November 26, 2018; Reply Due: December 3, 2018;
    and set for hearing no later than December 14, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 19, 2019 at 3:30 PM.

JURY TRIAL DATE: March 4, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Plaintiff indicated that an amended complaint maybe filed.
A further ADR conference call is scheduled to occur on 1/17/18.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/3/17

_____
SUSAN ILLSTON
United States District Judge