East Bay Law
Andrew W. Shalaby sbn 206841
7525 Leviston Avenue
El Cerrito, CA 94530-3306
Tel. (510) 528-8500
Fax: (510) 725-4950
email: andrew@eastbaylaw.com


Attorney for Plaintiff
East Bay Law

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZZ ARRIAGA, <br><br>             Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br>             Defendants. | Case No.  3:17-CV-04809-SI <br><br><br> ORDER DISMISSING CASE WITHOUT PREJUDICE |

IT IS HEREBY ORDERED that this case is dismissed WITHOUT PREJUDICE.


Dated: January  9  , 2018                    _____

Judge, United States District Court

CERTIFICATE OF SERVICE

    I, Andrew W. Shalaby, hereby certify that I am a member of the bar of this Court, and a Registrant authorized user of the Court's "Electronic Case Filing" ("ECF") system.   On January 7, 2018 I electronically filed foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the Court's CM/ECF system. Counsels for all parties in this case are registered CM/ECF users, and have been served through the Court's CM/ECF system.


Dated: January 7, 2018                                    s/Andrew W. Shalaby